

FILED & ENTERED

DEC 30 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
QUEENIE K. NG, State Bar No. 223803
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-4356 telephone
(213) 894-2603 facsimile
Email: Queenie.K.Ng@*usdoj.gov*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

| | |
|---|---|
| In re:<br><br>LYNETTE L. JONES,<br><br>             Debtor.<br><br>UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA REGION 16,<br><br>             Plaintiff<br><br>   v.<br><br>LYNETTE L. JONES,<br><br>             Defendant. | Case No.: 2:09-bk-26822 SB<br><br>Adv. Proceeding No. 2:09-ap-02227 SB<br><br>Chapter 7<br><br>**JUDGMENT DENYING DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727(a)(8)**<br><br>Status Conference Date<br>Date:    December 1, 2009<br>Time:   10:00 a.m.<br>Ctrm:   1575<br>            255 E. Temple Street<br>            Los Angles, CA 90012 |

      The Court, having considered the U.S. Trustee's Complaint for Denial of Discharge Under 11 U.S.C. § 727(a)(8), the U.S. Trustee's Unilateral Status Report, and finding that the Debtor had received a discharge in a prior Chapter 7 case filed within eight (8) years of the Debtor's current Chapter 7 case, and for the reasons set forth on the record:

      IT IS SO ORDERED that judgment is entered DENYING the Debtor's discharge under 11 U.S.C. § 727(a)(8) in her Chapter 7 case, Case No. 2:09-bk-26822 SB.

| In re: | | CHAPTER | 7 |
|---|---|---|---|
| LYNETTE L. JONES | | | |
| | Debtor(s) | CASE NUMBER<br>ADV. NUMBER | 2:09-bk-26822 SB<br>2:09-ap-02227 SB |

//

IT IS FURTHER ORDERED that Adversary Proceeding No. 2:09-ap-02227 SB shall be closed concurrently with the entry of this Judgment.

**###**

DATED: December 30, 2009

United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

2

| In re: | | CHAPTER | 7 |
|---|---|---|---|
| LYNETTE L. JONES | | | |
| | Debtor(s) | CASE NUMBER<br>ADV. NUMBER | 2:09-bk-26822 SB<br>2:09-ap-02227 SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document described: **JUDGMENT DENYING DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727(a)(8)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **Not Applicable** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**
☒    Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **December 3, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**
☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 3 , 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**
☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 3, 2009 | Sonny Flores | /s/ Sonny Flores |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                   **F 9021-1.1**

| In re:<br><br>LYNETTE L. JONES<br><br>Debtor(s) | CHAPTER 7<br><br>CASE NUMBER 2:09-bk-26822 SB<br>ADV. NUMBER 2:09-ap-02227 SB |
|---|---|

**ADDITIONAL SERVICE INFORMATION**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

NOT APPLICABLE (Proposed Order)

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

DEBTORS
**Lynette L Jones**
1910 Van Wick St
Los Angeles, CA 90047

DEBTORS' ATTORNEY
**None**

CHAPTER 7 TRUSTEE
**Sam S Leslie**
Leslie, Engell & Associates LLP
6310 San Vicente Blvd., Suite 320
Los Angeles, CA 90048


**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**


**COURTESY COPY:**
The Honorable Samuel L. Bufford
Courtroom 1575
255 E. Temple Street
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

4

| In re: | | CHAPTER | 7 |
|---|---|---|---|
| LYNETTE L. JONES | | | |
| | Debtor(s) | CASE NUMBER<br>ADV. NUMBER | 2:09-bk-26822 SB<br>2:09-ap-02227 SB |

**NOTE TO USERS OF THIS FORM**:
**1)**   Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**   The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**   **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**   **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):   **JUDGMENT DENYING DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727(a)(8)**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.**   **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of      **December 3 , 2009**            , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**SEE ATTACHED SERVICE LIST(IF APPLICABLE)**

☒   Service information continued on attached page

**II.**   **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒   Service information continued on attached page

**III.**   **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒   Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                              **F 9021-1.1**

| In re:<br><br>LYNETTE L. JONES<br><br>Debtor(s) | CHAPTER 7<br><br>CASE NUMBER    2:09-bk-26822 SB<br>ADV. NUMBER    2:09-ap-02227 SB |
|---|---|

## ADDITIONAL SERVICE INFORMATION

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"))**

U.S. Trustee
Queenie.K.Ng@usdoj.gov

Debtors' Attorney
None

Chapter 7 Trustee
sleslie@ecf.epiqsystems.com

**SERVED BY THE COURT VIA U.S. MAIL:**

**Debtor:**
**Lynette L Jones**
1910 Van Wick St
Los Angeles, CA 90047


**TO BE SERVED BY THE LODGING PARTY:**

Not applicable

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              **F 9021-1.1**

6